NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**UNIVERSAL REMOTE CONTROL, INC.,**
*Appellant*

v.

**UNIVERSAL ELECTRONICS, INC.,**
*Appellee*

_____

2016-1677

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2014-01146.

_____

**ON MOTION**

_____

**O R D E R**

Upon consideration of Universal Remote Control, Inc.'s unopposed motion for a seven-day extension of time, until May 16, 2016, to file its opening brief,

IT IS ORDERED THAT:

The motion is granted.

2        UNIVERSAL REMOTE CONTROL, INC. v. UNIVERSAL ELECTRONICS, INC.

                              FOR THE COURT

                              <u>/s/ Peter R. Marksteiner</u>
                              Peter R. Marksteiner
                              Clerk of Court

s25